## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| REBECCA L HORVATH 3479 E TUSCARAWAS EXT BARBERTON, OH 44203 SUMMIT | NICHOLAS R GESSLER 3479 E TUSCARAWAS EXT BARBERTON, OH 44203 SUMMIT | WAIKEM MOTORS INC 3710 Lincoln Way East Massillon, OH 44646 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis at the Base Rate of ___16.59___ % per year. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/ Demo | Year | Make and Model | Vehicle Identification Number | Mileage | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2015 | CHEVROLET SILVERADO 1500 | 1GCVKREC8FZ229523 | ☐ estimate ☒ actual 75,705 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 0.00 is |
|---|---|---|---|---|
| 16.59 % | $ 20,735.83 | $ 35,428.49 | $ 56,164.32 | $ 56,164.32 |

**Returned Check Charge:** You agree to pay a charge not to exceed $20 if any check you give us is dishonored.

Amount of Lien Notation Fee Paid in Cash
$ ___N/A___

### Your Payment Schedule Will Be:
(e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 780.06 | MONTHLY beginning 07/16/2022 |
| N/A | $ N/A | N/A |
| | | N/A |

**Late Charge.** If payment is not received in full within ___10___ days after it is due, you will pay a late charge of $ ___20___ or ___5___ % of each installment, whichever is ___greater___.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### RIGHT TO CANCEL

If Buyer and Co-buyer sign here, the provisions of the Right to Cancel section on page 4, which gives you and Seller the right to cancel if Seller is unable to assign this contract within ___N/A___ days, will apply. Please see page 4 of this contract for important terms of this right to cancel.

Buyer Signs X ___N/A___

Co-Buyer Signs X ___N/A___

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 2E of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___72___ Mos.

I want to buy a gap contract.
Buyer Signs X *Rebecca D. Horvath*

WESTERN DIVERSIFIED GAP
Name of Gap Contract

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Buyer Signs X *Rebecca D. Horvath*  Co-Buyer Signs X

EXHIBIT
A

Page 1 of 5

## ITEMIZATION OF AMOUNT FINANCED

**1** Cash price of vehicle, accessories, and taxes    $   33,180.25 (1)

**2** Other charges including amounts paid to others on your behalf (Seller may keep part of these amounts.):

| | | |
|---|---|---|
| **A** Government taxes not included in line 1 above | $ | N/A |
| **B** Government registration fees REGISTRATION FEES | $ | 11.00 |
| **C** Government certificate of title fees including lien notation fee of $ ___N/A___ | $ | 15.00 |
| **D** Net trade-in payoff to ALLY | $ | 922.24 |
| **E** Optional Gap Contract | $ | 1,000.00 |
| **F** Documentary Fee | $ | 250.00 |
| **G** Registration convenience fee | $ | 50.00 |

By signing this contract, you agree to pay this fee for registration services provided by Seller-Creditor at your request, and you acknowledge that the service is optional.

**H** Other charges (Seller must identify who is paid and describe purpose.)

| to | for | | |
|---|---|---|---|
| N/A | N/A | $ | N/A |
| N/A | N/A | $ | N/A |
| N/A | N/A | $ | N/A |
| N/A | N/A | $ | N/A |
| N/A | N/A | $ | N/A |
| N/A | N/A | $ | N/A |
| N/A | N/A | $ | N/A |
| N/A | N/A | $ | N/A |
| N/A | N/A | $ | N/A |
| N/A | N/A | $ | N/A |
| N/A | N/A | $ | N/A |
| N/A | N/A | $ | N/A |

Total other charges and amounts paid to others on your behalf    $   2,248.24 (2)

**3** Total cash price (1 + 2)    $   35,428.49 (3)

**4** Downpayment

Trade-in 2016 MERCEDES-BENZ C-CLASS
(Year)   (Make)   (Model)

| | | |
|---|---|---|
| Gross Trade-In Allowance | $ | 19,000.00 |
| Less Pay Off Made By Seller to ALLY | $ | 20,922.24 |
| Equals Net Trade-In | $ | -1,922.24 |
| + Cash | $ | 1,000.00 |
| + Other N/A | $ | N/A |
| + Other N/A | $ | N/A |
| + Other N/A | $ | N/A |

Total downpayment = (if negative enter "0" and see line 2D above)    $   0.00 (4)

**5** Unpaid balance of cash price (3 minus 4)    $   35,428.49 (5)

**6** Insurance

**A** Cost of optional credit insurance paid to the insurance company or companies

| | | | |
|---|---|---|---|
| Life | $ | N/A | |
| Disability | $ | N/A | $   N/A |
| **B** Other optional insurance paid to Insurance Company or Companies | | $ | N/A |

Total insurance charges    $   N/A (6)

**7** Amount financed (principal balance) (5 + 6)    $   35,428.49 (7)

**8** Registration convenience fee (prepaid finance charge)    $   N/A (8)

By signing this contract, you agree to pay this fee for registration services provided by Seller-Creditor, and you acknowledge that the fee is required by the secured party.

**9** Finance charge (excluding prepaid finance charge)    $   20,735.83 (9)

**10** Total of payments (time balance) (7 + 9)    $   56,164.32 (10)

---

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before ___N/A___, Year ___N/A___. SELLER'S INITIALS ___N/A___

Buyer Signs X *Rebecca J Hovnath*     Co-Buyer Signs X

---

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

### Optional Credit Insurance

☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

Premium:

Credit Life $ ___N/A___

Credit Disability $ ___N/A___

Insurance Company Name ___N/A___

N/A

Home Office Address ___N/A___

N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 6A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☐ ___N/A___   ___N/A___
   Type of Insurance   Term

Premium $ ___N/A___

Insurance Company Name ___N/A___

N/A

Home Office Address ___N/A___

N/A

☐ ___N/A___   ___N/A___
   Type of Insurance   Term

Premium $ ___N/A___

Insurance Company Name ___N/A___

N/A

Home Office Address ___N/A___

N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X ___N/A___   ___N/A___
Buyer Signature   Date

X ___N/A___   ___N/A___
Co-Buyer Signature   Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

## OTHER IMPORTANT AGREEMENTS

### 1. FINANCE CHARGE AND PAYMENTS

**a. How we will figure Finance Charge.** We will treat any prepaid finance charge as fully earned on the date of this contract. We will figure the rest of the Finance Charge on a daily basis at the Base Rate on the unpaid part of the Principal Amount. Your Principal Amount is the sum of the Amount Financed and the Prepaid Finance Charge, if any.

**b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

**c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d. You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**e. Your right to refinance an irregular payment schedule.** An irregular payment schedule is one with payments not scheduled to be paid in substantially equal consecutive payments. If you have an irregular payment schedule and if you are buying the vehicle primarily for personal, family, or household use, you may refinance this contract without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

### 2. YOUR OTHER PROMISES TO US

**a. If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c. Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service or other contract we finance for you; and
- All proceeds from insurance, maintenance, service or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d. Insurance you must have on the vehicle.** You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may exercise our rights under this contract, or if we choose, buy physical damage insurance covering our interest in the vehicle. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

### 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

**a. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once (accelerate). Default means:
1. You do not pay any payment on time;
2. You give false, incomplete, or misleading information during credit application;
3. You start a proceeding in bankruptcy or one is started against you or your property; or
4. You break any agreements in this contract.

If your only default is that you did not pay a payment on time, we may accelerate this contract only if your default continues for at least 30 days. Otherwise, we may accelerate any time after you default. Our right to accelerate is subject to any right the law gives you to reinstate this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

**d. How you can get the vehicle back if we take it.** If we repossess the vehicle, in many situations, the law gives you the right to pay to get it back. We will tell you what you have to do to get the vehicle back.

Buyer Signs X _Rebecca Sthrunk_  Co-Buyer Signs X _____

**e.** **We will sell the vehicle if you do not get it back.** If you do not do what is required to get the vehicle back, we will sell the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at the greater of the Base Rate shown on page 1 of this contract, or the highest rate the law permits.

**f.** **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4.** **WARRANTIES SELLER DISCLAIMS**

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**5.** **Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

**6.** **SERVICING AND COLLECTION CONTACTS**

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**7.** **APPLICABLE LAW**

Federal law and the law of the state of Ohio apply to this contract.

---

### Right to Cancel (applies if Buyer(s) signs RIGHT TO CANCEL on page 1)

**a.** Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit, locate financing for you on the exact terms shown on page 1 of this contract, and assign this contract to a financial institution. You agree that Seller has the number of days stated on page 1 of this contract to assign this contract. You agree that if Seller is unable to assign this contract within this time period to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, you or Seller may cancel this contract. The right to cancel this contract ends upon assignment of this contract or the end of the stated time period.

**b.** If Seller elects to cancel per Paragraph a. above, Seller will give you written notice (or in any other manner in which actual notice is given to you).

**c.** Upon receipt of the notice of cancellation or if you cancel this contract, you must return the vehicle to Seller immediately in the same condition as when sold other than reasonable wear for the time you had it. Except as described below, Seller must give you back all consideration Seller has received from you in connection with this contract. If Seller has already sold the Trade-in, the Seller will pay you the proceeds of the sale less any reasonable expenses incurred in connection with preparing or reconditioning the Trade-in for sale and any prior credit balance paid by Seller to a prior lienholder on your behalf.

**d.** If you do not return the vehicle immediately after receipt of the notice of cancellation or upon your cancellation, you agree that Seller may use any lawful means to take it back (including repossession if done peacefully) and you will be liable for all expenses incurred by Seller in taking the vehicle from you.

**e.** While the vehicle is in your possession, all terms of this contract, including those relating to use of the vehicle and insurance for the vehicle, are in full force and you assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage done to the vehicle while the vehicle is in your possession. Seller may deduct from any consideration due to you under paragraph c. above Seller's reasonable costs to repair the vehicle. If you or Seller cancels this contract, the terms of this Seller's Right to Cancel provision (including those on the front of this contract) remain in effect even after you no longer have possession of the vehicle.

---

Buyer Signs X _Rebecca J. Horvath_    Co-Buyer Signs X _____

## NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees, if this contract is subject to the limited right to cancel described on page 1, or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply if this sale is a door-to-door sale under federal law.

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs **X** _Rebecca L Horvath_ Co-Buyer Signs **X** _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**See the rest of this contract for other important agreements.**

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs **X** _Rebecca L Horvath_ Date 06/16/2022   Co-Buyer Signs **X** _____ Date 06/16/2022
Buyer Printed Name REBECCA L HORVATH   Co-Buyer Printed Name NICHOLAS R GESSLER

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A _____ Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here **X** _____ N/A _____ Address _____ N/A _____
Seller signs WAIKEM MOTORS INC _____ Date 06/16/2022 By **X** _____ Title F&I MNGR

---

| Seller assigns its interest in this contract to SANTANDER CONSUMER USA | (Assignee) under the terms of Seller's agreement(s) with Assignee. |
|---|---|
| Assigned without or with limited recourse | Assigned with recourse |
| Seller WAIKEM MOTORS INC | Seller N/A |
| By **X** _____ Title FINANCE MANAGER | By **X** _____ Title N/A |