# STATE OF OHIO
## REPLACEMENT

**ISSUING COUNTY** SUMMIT
**ISSUING TITLE OFFICE #**
**RESIDENT COUNTY** SUMMIT

**TITLE No.**
**ISSUE DATE** 08/03/2023

**IDENTIFICATION NUMBER**
1GCVKREC8FZ229523

**YEAR** 2015
**MAKE** CHEV
**MAKE DESCRIPTION** CHEVROLET

**CONVERSION**

**MILEAGE** 75,705
**BODY TYPE** PT
**MODEL DESCRIPTION** SILVERADO

**EVIDENCE**

**MILEAGE NOTATION** ACTUAL

**COMMENTS**

**PURCHASE PRICE** $31,300 00
**TAX** $2,112 75

**NOTATION(S)**

**OWNER(S)**
REBECCA L HORVATH

3479 E TUSCARAWAS EXT
BARBERTON, OH 44203

**PREVIOUS OWNER(S)**
WAIKEM MOTORS INC

3910 LINCOLN WAY E
MASSILLON, OH 44646

**FIRST LIENHOLDER** **DATE OF LIEN** 07/05/2022
SANTANDER CONSUMER USA

PO BOX 961288
FORT WORTH, TX 76161

**LIEN DISCHARGE**
Lienholder _____
by _____
   Authorized Signature      Date

**CLERK LIEN CANCELLATION**
by _____
   Deputy Clerk              Date

WITNESS MY HAND AND OFFICIAL SEAL THIS 3RD DAY OF AUGUST, 2023

EXHIBIT B

*Sandra Kurt* (signature)

SANDRA KURT
CLERK OF COURTS