494601-01 CJ    CJ/cw

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| REBECCA L. HORVATH | ) | CASE NO. 23-51015 |
| | ) | |
| Debtor | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| | ) | SANTANDER CONSUMER USA INC. |
| | ) | RELIEF FROM STAY WORKSHEET |
| | ) | [EXHIBIT C] |

I. LOAN DATA

    A. IDENTIFICATION OF COLLATERAL (check all that apply):

        ☐ Real Estate
            ☐ Principal Residence of Debtor(s)
            ☐ Other

        ☒ Personal Property
            2015 Chevrolet Silverado 1500 VIN: 1GCVKREC8FZ229523
        ☐ Other Property _____

    B. CURRENT VALUE OF COLLATERAL: $20,475.00

    C. SOURCE OF COLLATERAL VALUATION: N.A.D.A.

    D. ORIGINAL LENDER: Waikem Motors Inc.

    E. ENTITY ENTITLED TO ENFORCE THE NOTE: Santander Consumer USA Inc.

    F. CURRENT LOAN SERVICER: N/A

    G. DATE OF LOAN: June 16, 2022

    H. ORIGINAL PRINCIPAL AMOUNT DUE UNDER NOTE: $35,428.49

    I. ORIGINAL INTEREST RATE ON NOTE: 16.59%

    J. CURRENT INTEREST RATE: 16.59%

K. ORIGINAL MONTHLY PAYMENT AMOUNT
(principal and interest only for mortgage loans): $780.06

L. CURRENT MONTHLY PAYMENT AMOUNT: $780.06

M. THE CURRENT MONTHLY PAYMENT AMOUNT LISTED ABOVE:

☐ Includes an escrow amount of $_____ for real estate taxes.
☐ Includes an escrow amount of $_____ for property insurance.
☐ Includes an escrow amount of $_____ for _____.
☒ Does not include any escrow amount.

N. DATE LAST PAYMENT RECEIVED: July 14, 2023

O. AMOUNT OF LAST PAYMENT RECEIVED: $780.06

P. AMOUNT HELD IN SUSPENSE ACCOUNT: N/A

Q. NUMBER OF PAYMENTS PAST DUE: 8

II. AMOUNT ALLEGED TO BE DUE AS OF THE DATE THE MOTION IS FILED

|    | Description of Charge | Total Amount of Charges | Number of Charges Incurred | Dates Charges Incurred |
|----|----------------------|-------------------------|---------------------------|-----------------------|
| A. | PRINCIPAL | $33,746.42 | | |
| B. | INTEREST | $1,351.98 | | |
| C. | TAXES | $0.00 | | |
| D. | INSURANCE | $0.00 | | |
| E. | LATE FEES | $195.00 | | |
| F. | NON-SUFFICIENT FUNDS FEES | $20.00 | | |
| G. | PAY-BY-PHONE FEES | $0.00 | | |
| H. | BROKER PRICE OPINIONS | $0.00 | | |
| I. | FORCE-PLACED INSURANCE | $0.00 | | |
|    | | | | |

| | | | | | |
|---|---|---|---|---|---|
| J. | PROPERTY INSPECTIONS | $0.00 | | | |
| K. | OTHER CHARGES (describe in detail and state contractual basis for recovering the amount from the debtor) | $0.00 | | | |

TOTAL OF DEBT AS OF DATE MOTION IS FILED:   $35,313.40*
* This total cannot be relied upon as a payoff quotation.

III.   TOTAL DEBT LESS AMOUNT HELD IN SUSPENSE: _____

IV.   AMOUNT OF ORIGINAL PRE-PETITION ARREARAGES _____

V.   AMOUNT OF ALLEGED POST-PETITION DEFAULT $6,240.48 _____

| | Description of Charge | Amount | Number | Date Incurred | Total |
|---|---|---|---|---|---|
| A. | PAYMENTS | $780.06 | 8 | | $6,240.48 |
| B. | POST-PETITION PAYMENTS ADVANCED FOR TAXES (if not included in payment amount above) | $ | | | |
| C. | POST-PETITION PAYMENTS ADVANCED FOR INSURANCE (if not included in payment amount above) | $ | | | |
| D. | LATE FEES | $ | | | |
| E. | NON-SUFFICIENT FUNDS FEES | $ | | | |
| F. | PAY-BY-PHONE FEES | $ | | | |
| G. | BROKER PRICE | $ | | | |

|   |                       |    |   |   |   |
|---|-----------------------|----|---|---|---|
|   | OPINIONS              |    |   |   |   |
| H.| FORCE-PLACED INSURANCE| $  |   |   |   |
| I.| PROPERTY INSPECTIONS  | $  |   |   |   |
| J.| OTHER CHARGES         | $  |   |   |   |

TOTAL ACCRUED: $6,240.48

LESS SUSPENSE Balance: $ N/A

TOTAL POST-PETITION DEBT: $6,240.48

V. THE TRUSTEE LEDGER SHOWING POST-PETITION DISBURSEMENTS ON THIS DEBT OR A POST-PETITION PAYMENT SUMMARY SHOWING THE PAYMENTS MADE BY THE DEBTOR ON THIS DEBT IS ATTACHED TO THIS WORKSHEET AS EXHIBIT "1".

This Exhibit and Worksheet was prepared by:

/s/ Cynthia A. Jeffrey
Lindsey Hall (#0075152)
Cynthia A. Jeffrey (#0062718)
Daniel C. Wolters (#0076521)
Keith D. Weiner & Associates Co., L.P.A.
1100 Superior Ave East, Suite 1100
Cleveland, Ohio 44114
Phone: (216) 771-6500
Fax:   (216) 771-6540
Attorney for Creditor
bankruptcy@weinerlaw.com