

P.O. Box 961245 Fort Worth, TX 76161-1245

**Account Number:**   **Primary Name:** REBECCA L HORVATH

| Good Through | Total Payoff | Principal | Interest | Late Fees | Misc. Fees | |
|---|---|---|---|---|---|---|
| 4/16/2024 | $35,313.40 | $33,746.42 | $1,351.98 | $195.00 | $20.00 | |

| Effective Date | Amount | Principal | Interest | Late Fees | Misc. Fees | Principal Balance |
|---|---|---|---|---|---|---|
| 7/14/2023 | $-780.06 | $0.00 | $-780.06 | $0.00 | $0.00 | $33,746.42 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 6/27/2023 | $39.00 | $0.00 | $0.00 | $39.00 | $0.00 | $33,746.42 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 5/15/2023 | $-1,560.12 | $-1,069.55 | $-490.57 | $0.00 | $0.00 | $33,746.42 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 4/14/2023 | $-780.06 | $-175.70 | $-604.36 | $0.00 | $0.00 | $34,815.97 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 3/7/2023 | $-780.06 | $-63.07 | $-716.99 | $0.00 | $0.00 | $34,991.67 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 2/27/2023 | $39.00 | $0.00 | $0.00 | $39.00 | $0.00 | $35,054.74 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 1/21/2023 | $-1,560.12 | $-373.75 | $-1,186.37 | $0.00 | $0.00 | $35,054.74 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 12/21/2022 | $-780.06 | $0.00 | $-780.06 | $0.00 | $0.00 | $35,428.49 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |

**EXHIBIT 1**



P.O. Box 961245 Fort Worth, TX 76161-1245

| Effective Date | Amount | Principal | Interest | Late Fees | Misc. Fees | Principal Balance |
|---|---|---|---|---|---|---|
| 11/8/2022 | $780.06 | $5.25 | $774.81 | $0.00 | $0.00 | $35,428.49 |
| Reversal of system allocated payment<br>Return - No Account | | | | | | |
| 11/8/2022 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $35,423.24 |
| Miscellaneous fee asessment<br>Return - No Account | | | | | | |
| 11/8/2022 | $-780.06 | $-5.25 | $-774.81 | $0.00 | $0.00 | $35,423.24 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 10/27/2022 | $39.00 | $0.00 | $0.00 | $39.00 | $0.00 | $35,428.49 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 9/25/2022 | $-780.06 | $0.00 | $-780.06 | $0.00 | $0.00 | $35,428.49 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 8/27/2022 | $39.00 | $0.00 | $0.00 | $39.00 | $0.00 | $35,428.49 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 8/12/2022 | $-780.06 | $0.00 | $-780.06 | $0.00 | $0.00 | $35,428.49 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 7/27/2022 | $39.00 | $0.00 | $0.00 | $39.00 | $0.00 | $35,428.49 |
| Late charge assessment<br>System Generated Transaction | | | | | | |