IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 23-51015 |
| | ) | CHAPTER 13 |
| | ) | |
| REBECCA L. HORVATH | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| DEBTOR | ) | |

**MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION**

Now comes Rebecca L. Horvath ("Debtor"), by and through counsel, and pursuant to 11 U.S.C. Section 1329 and hereby moves to modify her Chapter 13 plan (the "Plan") per the below Modification and Notice.

**MODIFICATION OF PLAN AND NOTICE**

Pursuant to 11 U.S.C. §1329, and Rule 3015 of the Federal Rules of Bankruptcy Procedure, Debtor hereby proposes to modify her Plan to increase the plan payment. Specifically, the Plan has been modified in paragraph 2 as follows:

(1) The Debtor shall make plan payments for the duration of the Chapter 13 in the amount of $10,936.00 per month for the remainder of the applicable commitment period.

All other provisions in the Plan shall remain the same.

The Debtor submits that said modification is necessary to allow the plan to complete within the applicable commitment period. Pursuant to 1329 of Title 11 the plan as modified will become the plan.

No hearing shall be held on the foregoing, and the same may be granted without a hearing, unless an affected party files with the court within twenty-one (21) days from the date of service of this notice a written request for a hearing on the foregoing with the Clerk

1

of this court at Clerk of Courts, U.S. Bankruptcy Court, 2 South Main Street, Akron, OH 44308, and serves a copy of this hearing request upon the attorney for the debtor(s).  11 U.S.C. §102(1)(b).

Date: December 16, 2024          Respectfully submitted,

/s/ Steven J. Heimberger
KATHRYN A. BELFANCE (0018035)
STEVEN J. HEIMBERGER (0084618)
Roderick Linton Belfance, LLP
*Attorneys for Debtor*
50 South Main Street, 10th Floor
Akron, Ohio 44308
Phone: (330) 434-3000
Fax No.: (330) 434-9220
kb@rlbllp.com
sheimberger@rlbllp.com

## NOTICE OF DEBTOR'S MOTION FOR MODIFICATION OF PLAN

The Debtor has filed papers with the court to modify her Chapter 13 Plan, a copy of which is attached.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not want the court to allow the modification, or if you want the court to consider your views on the modification, then on or before twenty-one (21) days, or such other time fixed by the Federal Rules of Bankruptcy Procedure or statute or as the Court may order, after service is filed and serve a response or request for hearing. If no response or request for hearing is timely filed with the Court and served upon counsel for the Movant, the Court may grant the relief requested in the motion without a hearing.**

If you do not want the court to allow the modification without holding a hearing, or if you want the court to consider you views on the objection, then on or before **January 6, 2025,** you or your attorney must:

**File with the court a written objection or response to:**

Clerk, United States Bankruptcy Court
Northern District of Ohio
455 Federal Bldg.
2 South Main Street
Akron, Ohio 44308

If you mail your Objection to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

**You must also mail a copy to:**

Steven J. Heimberger, Esq.
Roderick Linton Belfance, LLP
50 South Main Street, 10th Floor
Akron, Ohio 44308

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief without holding a hearing.**

Date: December 16, 2024　　　　　Signature: /s/ STEVEN J. HEIMBERGER
　　　　　　　　　　　　　　　　　Name:　　**STEVEN J. HEIMBERGER**
　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December 2024, a copy of the foregoing was served to the following:

### *Served Electronically*

- Kathryn A. Belfance    kb@rlbllp.com, heimbergersr82735@notify.bestcase.com
- Stephen R. Franks    amps@manleydeas.com
- Steven Heimberger    sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com
- Cynthia A. Jeffrey    bankruptcy@weinerlaw.com
- Michael J. Moran    mike@gibsonmoran.com, moranecf@gmail.com;r55982@notify.bestcase.com
- Matthew Murtland    mmurtland@logs.com, LOGSECF@logs.com
- Keith Rucinski    efilings@ch13akron.com
- United States Trustee    (Registered address)@usdoj.gov

### *Served Via Regular U.S. Mail*

To all parties listed on the attached Creditor Matrix.

/s/ Steven J. Heimberger
Steven J. Heimberger

**MATRIX**

Ally Servicing LLC as servicer on behalf of
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

HSBC Bank USA, National Association, as Trus
ATTN: Bankruptcy Department, PO Box 2460
West Palm Beach, FL 33416-4605

Akron Digestive Disease Consultants
570 White Pond Drive
Akron, OH 44320-4206

Ally Financial, Inc
Attn: Bankruptcy
500 Woodard Ave
Detroit, MI 48226-3416

Ally Financial, Inc
P.o. Box 380901
Bloomington, MN 55438-0901

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Amex
P.o. Box 981537
El Paso, TX 79998-1537

Attorney General of the U.S.
U.S. D.O.J. Tax Division
Civil Trial Section, N.Region
P.O. Box 55, Ben Franklin Station
Washington, DC 20044-0055

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 31293
Salt Lake City, UT 84131-0293

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

Credit Corp. Solutions
121 West S Election Rd
Draper, UT 84020

Digestive Health Center
570 White Pond Drive
Suite 150
Akron, OH 44320-4207

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Bank
P.O. Box 3025
New Albany OH 43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Discover Financial
Po Box 30939
Salt Lake City, UT 84130-0939

HRN
608 S Tuscarawas Avenue
Dover, OH 44622-2346

HSBC Bank USA, National Association
c/o PHH Mortgage Corporation
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605

Huntington National Bank
Attn: Bankruptcy
Po Box 89424
Cleveland, OH 44101-6424

Huntington National Bank
Po Box 1558
Columbus, OH 43216-1558

Huntington Voice
P.O. Box 182387
Columbus, OH 43218-2387

Internal Revenue Service
Insolvency Group 6
1240 East Ninth Street
Room 493
Cleveland, OH 44199-9941

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Intrust Bank
c/o Service Finance Co., LLC
555 S Federal Hwy #200
Boca Raton, FL 33432-6033

JPMorgan Chase Bank, N.A.
c/o Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201-3043

Kohls/Capital One
Po Box 3115
Milwaukee, WI 53201-3115

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

Macys/fdsb
Po Box 6789
Sioux Falls, SD 57117-6789

Max Lend
P.O. Box 639
Parshall, ND 58770-0639

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Funding/Midland Credit Mgmt
320 East Big Beaver
Troy, MI 48083-1271

Midland Funding/Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

NCB Management Services
1 Allied Drive
Trevose, PA 19053-6945

NCB Management Services
Attn: Bankruptcy
1 Allied Drive
Trevose, PA 19053-6945

Nick Gessler
3479 East Tuscarawas Ext.
Barberton, OH 44203-3843

PHH/New Res Mtg
P.O. Box 24738
West Palm Beach, FL 33416-4738

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

SANTANDER CONSUMER USA
P.O. Box 560284
Dallas, TX 75356-0284

Santander Consumer USA
PO Box 660633
Dallas, TX 75266-0633

Service Finance
P.O. Box 645487
Cincinnati, OH 45264-5487

Summa Health
P.O. Box 771880
Detroit, MI 48277-1880

The Huntington National Bank
PO Box 89424
Cleveland, OH 44101-6424

Timothy Horvath
2059 Como Street
Port Charlotte, FL 33948

Timothy Joseph Horvath
2058 Como Street
Port Charlotte, FL 33948-1235

(p)U S ATTORNEY'S OFFICE
ATTN BANKRUPTCY UNIT
801 WEST SUPERIOR AVE SUITE 400
CLEVELAND OH 44113-1852

Verdict Assurance Group LLC
2125 Center Avenue #308
Fort Lee, NJ 07024-5810