**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 23-51015 |
| | ) | CHAPTER 13 |
| | ) | |
| REBECCA L. HORVATH | ) | JUDGE KOSCHIK |
| | ) | |
| | ) | |
| | ) | **NOTICE OF NO OPPOSITION** |
| | ) | **TO TRUSTEE'S MOTION** |
| | ) | **TO DISMISS CASE** |

Now comes the debtor, Rebecca L. Horvath, by and through counsel, and hereby states that she has no opposition to the dismissal of her Chapter 13 case.

Respectfully submitted,

/s/ Steven J. Heimberger
STEVEN J. HEIMBERGER (0084618)
RODERICK LINTON BELFANCE, LLP
50 South Main Street, 10th Floor
Akron, Ohio 44308
(330) 434-3000 (tel)
(330) 434-9220 (fax)
Email: sheimberger@rlbllp.com
*Attorney for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April 2025, a copy of the forgoing was sent electronically via ECF to the following:

- Steven Heimberger   sheimberger@rlbllp.com, 1627@notices.nextchapterbk.com
- Keith Rucinski   efilings@ch13akron.com
- United States Trustee   (Registered address)@usdoj.gov

/s/ Steven J. Heimberger
STEVEN J. HEIMBERGER (0084618)
*Attorney for Debtor*